DuRoy & LeMaistre, Inc., Appellant, *v.* Frank Gillmore, as President of Actors' Equity Association, Respondent.

(Argued June 1, 1936; decided July 8, 1936.)

*Edwin J. Lukas* for appellant.

*Charles H. Tuttle, Paul N. Turner, Ernest Brooks, Jr.,* and *Rebecca Brownstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Crane, Ch. J., Lehman, O'Brien, Crouch, Loughran and Finch, JJ.   Dissenting: Hubbs, J.